**No. 52020.**—Continental Merchandise Co. et al. *v.* United States, protests 62629–K, etc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52021.**—Guerlain, Inc., et al. *v.* United States, protests 72238–K, etc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52022.**—Jay-Willfred Co., Inc., et al. *v.* United States, protests 976175–G, etc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52023.**—Alexander & Baldwin, Ltd., et al. *v.* United States, protests 41355–K, etc. (Honolulu, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 13, 1947

**No. 52024.**—Harry Rosenberg *v.* United States, protest 129314–K (New York).

Opinion by EKWALL, J. An examination of the record disclosed that the question involved is one over which the court has no jurisdiction and that there was nothing in the record to show the authority of the person who signed the protest to act. The protest was therefore dismissed.

**No. 52025.**—Bohemian Distributing Co. et al. *v.* United States, protests 112074–K, etc. (Los Angeles, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.